## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-12-660 |
| | § | |
| | § | |
| CRYSTAL WASHINGTON | § | |

## ORDER

The attached Court's Instructions to the Jury at Conclusion of Trial was charged to

the jury on even date and is to be entered in the record.

SIGNED on December 10, 2013, at Houston, Texas.

Lee H. Rosenthal

United States District Judge